```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

JOSEPH GALIANA, on his own behalf
and others similarly situated,

               Plaintiff,

vs.                                    Case No.   2:11-cv-705-FtM-29DNF

CHRISTO, INC., a Florida profit
Company, ROBERT KEILING,
individually,

               Defendants.
_____

## ORDER

This matter comes before the Court on the parties' Joint Notice to Court Regarding FLSA Settlement (Doc. #17) and Joint Stipulation for Dismissal With Prejudice (Doc. #18) filed on February 22, 2012. The parties advise that they have resolved the case in full without compromise, that plaintiff is being paid in full for all disputed hours, and fees were negotiated separately. As the parties did not reach a compromise as to plaintiff's overtime compensation and plaintiff is represented by counsel, the Court finds that a review of the settlement is not required for dismissal. See Lynn's Food Stores, Inc. v. United States Dep't of Labor, 679 F.2d 1350, 1352 (11th Cir. 1982).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** with prejudice, with each party to bear its own costs and attorney's fees except as otherwise agreed. The Clerk is directed to enter

judgment accordingly and close the file.  The Clerk is further directed to terminate all previously scheduled deadlines and pending motions.

**DONE AND ORDERED** at Fort Myers, Florida, this __1st__ day of March, 2012.

                                           JOHN E. STEELE
                                           United States District Judge

Copies:
Counsel of Record